UCS-840
(rev. 02/01/2022)

# REQUEST FOR JUDICIAL INTERVENTION

### Supreme COURT, COUNTY OF Erie



Index No: _____    Date Index Issued: _____

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Zion Treadwell

*Plaintiff(s)/Petitioner(s)*

-against-

The State University of New York Buffalo State University a/k/a The State University of New York Buffalo State College, Student Conduct and Community Standards Office of State University of New York Buffalo State University, Nina G. Pierino in her individual and official capacity as Associate Di…

*Defendant(s)/Respondent(s)*

**NATURE OF ACTION OR PROCEEDING:**   Check only one box and specify where indicated.

**COMMERCIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial *(specify)*: _____

**NOTE:** *For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the* **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.

**TORTS**
- ☐ Adult Survivors Act
- ☐ Asbestos
- ☐ Environmental *(specify)*: _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability *(specify)*: _____
- ☐ Other Negligence *(specify)*: _____
- ☐ Other Professional Malpractice *(specify)*: _____
- ☐ Other Tort *(specify)*: _____

**SPECIAL PROCEEDINGS**
- ☐ Child-Parent Security Act *(specify)*: ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration   [see **NOTE** in **COMMERCIAL** section]
- ☒ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement *(specify)*: ☐ Initial ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene *(specify)*: _____
- ☐ Other Special Proceeding *(specify)*: _____

**MATRIMONIAL**
- ☐ Contested

**NOTE:** *If there are children under the age of 18, complete and attach the* **MATRIMONIAL RJI Addendum (UCS-840M)**.

*For Uncontested Matrimonial actions, use the Uncontested Divorce RJI* **(UD-13)**.

**REAL PROPERTY**   Specify how many properties the application includes: _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure *(specify)*:   ☐ Residential   ☐ Commercial
  Property Address: _____

**NOTE:** *For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the* **FORECLOSURE RJI ADDENDUM (UCS-840F)**.

- ☐ Partition
  **NOTE:** *Complete and attach the* **PARTITION RJI ADDENDUM (UCS-840P)**.
- ☐ Tax Certiorari *(specify)*:   Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property *(specify)*: _____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution   [see **NOTE** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other *(specify)*: _____

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|:---:|:---:|---|
| Has a summons and complaint or summons with notice been filed? | ☐ | ☒ | If yes, date filed: _____ |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ☐ Notice of Motion   Relief Requested: _____   Return Date: _____
- ☒ Notice of Petition   Relief Requested: Article 78 (Body or Officer)   Return Date: _____
- ☐ Order to Show Cause   Relief Requested: _____   Return Date: _____
- ☐ Other Ex Parte Application   Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Poor Person Application
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other *(specify)*: _____

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | **Relationship to instant case** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTIES | | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | |
|---|---|---|---|---|
| **Un-Rep** | **Parties** List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | **Attorneys and Unrepresented Litigants** For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | **Issue Joined** For each defendant, indicate if issue has been joined. | **Insurance Carriers** For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: Treadwell, Zion  Role(s): Plaintiff/Petitioner | MARGARET DRZEWIECKI, RUPP PFALZGRAF LLC, 1600 LIBERTY BUILDING , BUFFALO, NY  14202, (716) 854-2400, drzewiecki@rupppfalzgraf.com | ☐ YES  ☒ NO | |
| ☒ | Name: The State University of New York Buffalo State University  Role(s): Defendant/Respondent | 1300 Elmwood Avenue, Buffalo, NY  14222 | ☐ YES  ☒ NO | |
| ☒ | Name: Student Conduct and Community Standards Office of State Univer…  Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☒ | Name: Pierino, Nina G.  Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☒ | Name: Cahoon, Steven  Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☒ | Name: Doe, John  Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☒ | Name: Doe, Jane  Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated:  01/30/2024

MARGARET JANE DRZEWIECKI
Signature

6014716
Attorney Registration Number

MARGARET JANE DRZEWIECKI
Print Name

*This form was generated by NYSCEF*

**Caption Rider Sheet**

|  |
|---|
| **Plaintiff(s)/Petitioner(s)** |

**VS.**

| The State University of New York Buffalo State University a/k/a The State University of New York Buffalo State College, Student Conduct and Community Standards Office of State University of New York Buffalo State University, Nina G. Pierino in her individual and official capacity as Associate Director of Student Conduct, Steven Cahoon in his individual and official capacity as Investigator with the University Police Department at State University of New York Buffalo State University, John Doe in his individual and official capacity as Board Member of Buffalo State Student Conduct Board, Jane Doe in her individual and official capacity as Board Member of Buffalo State Student Conduct Board |
|---|
| **Defendant(s)/Respondent(s)** |