FILED: ERIE COUNTY CLERK 01/30/2024 06:13 PM  INDEX NO. 801516/2024
NYSCEF DOC. NO. 15                                        RECEIVED NYSCEF: 01/30/2024

Case 1:24-cv-00150   Document 1-3   Filed 02/16/24   Page 1 of 1

# Request for Judicial Intervention Addendum

UCS-840A (7/2012)

Supreme COURT, COUNTY OF Erie

**Index No:**

**For use when additional space is needed to provide party or related case information.**

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☒ | Name: Student Conduct and Community Standards Office of State University of New York Buffalo State University<br>Role(s): Defendant/Respondent | | ☐ YES   ☒ NO | |

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Famiy Court cases.

*This form was generated by NYSCEF*